# Court of Appeals
# of the State of Georgia

ATLANTA, <u>   April 05, 2016   </u>

*The Court of Appeals hereby passes the following order:*

**A16A0961. DEMPS v. THE STATE.**

This appeal was docketed on February 5, 2016. On March 7, 2016, this Court ordered appellant to file appellant's brief and enumeration of errors within 10 days.

As of the date of this order, appellant has failed to file appellant's brief and enumeration of errors. Therefore, this appeal is DISMISSED. See Court of Appeals Rules 13 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>  04/05/2016  </u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*